THE PEOPLE *v.* JUSTINIANO.

APPEAL from the District Court of Mayagüez.

No. 112.—Decided November 29, 1907.

APPEAL—BILL OF EXCEPTIONS—STATEMENT OF FACTS—MANIFEST ERRORS.—
Where there is no bill of exceptions or statement of facts, and it not appearing from the record that any error whatever has been committed which would warrant the reversal of the judgment appealed from, the same must be affirmed.

The facts are stated in the opinion.
*Mr. Rossy, fiscal,* for respondent.
The appellant did not appear.

MR. JUSTICE FIGUERAS delivered the opinion of the court.

This cause originated in the Municipal Court of San Germán and passed to the District Court of Mayagüez on appeal taken by the defendant, Arturo Justiniano. A new trial having been held in the latter court the defendant was found guilty of a crime against the electoral franchise and sentenced on March 14, 1907, to imprisonment in jail for one month, and to pay the costs.

An appeal was also taken from the latter judgment. But no bill of exceptions or statement of facts, or even a brief, has been presented in this court.

The judgment is in conformity with the provisions of section 322 of the Code of Criminal Procedure, and the record does not show the commission of any material error.

For this reason the judgment appealed from should be affirmed, with the costs of the appeal against the appellant.

*Affirmed.*

Chief Justice Quiñones and Justices Hernández, MacLeary and Wolf concurred.